IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IZZA LOPEZ, a/k/a RAUL LOPEZ, JR.<br>　　　Plaintiff, | §<br>§<br>§<br>§ |
| VS. | § §   Civil Action No. 06-3999 |
| RIVER OAKS IMAGING AND<br>DIAGNOSTIC GROUP, INC.<br>　　　Defendant. | §<br>§<br>§<br>§ |

*United States Courts
Southern District of Texas
FILED
APR 2 3 2008
Michael N. Milby, Clerk*

## **MEDIATOR'S REPORT**

This report is submitted pursuant to Local Rule 16.4.K (effective May 1, 2000).

1.　The following were in attendance on April 18, 2008.

　　Ms. Izza Lopez a/k/a Raul Lopez, Jr. (Plaintiff)
　　c/o Mr. Kenneth D. Upton, Jr.
　　Lambda Legal Defense and Education Fund, Inc.
　　3500 Oak Lawn Avenue, Suite 500
　　Dallas, Texas 75219
　　Telephone: (214) 219-8585

　　Mr. Kenneth D. Upton, Jr.(Counsel for Plaintiff)
　　Lambda Legal Defense and Education Fund, Inc.
　　3500 Oak Lawn Avenue, Suite 500
　　Dallas, Texas 75219
　　Telephone: (214) 219-8585

　　Mr. Cole Thaler (Counsel for Plaintiff)
　　Lambda Legal Defense and Education Fund, Inc.
　　730 Peachtree Street, NE, Suite 1070
　　Atlanta, Georgia 30308-1210
　　Telephone: (404) 897-1880

　　Mr. Howard T. Dulmage (Defendant's Counsel)
　　McCormick, Hancock & Newton
　　3D/International Tower
　　1900 West Loop South, Suite 700
　　Houston, Texas 77027-3206
　　Telephone: (713) 297-0700

       Ms. Nancy Schroeder  (Defendant's Representative)
       c/o Mr. Howard T. Dulmage
       McCormick, Hancock & Newton
       3D/International Tower
       1900 West Loop South, Suite 700
       Houston, Texas 770027-3206
       Telephone:  (713) 297-0700

2.    This is a Title VII case.

3.    The ADR method used was mediation, pursuant to a court order from Judge Nancy F. Atlas signed April 3, 2008.

4.    The case did settle.

5.    The fees for the mediation were $1,600.00 per party per day.

                                                    Respectfully submitted,

                                                    */s/ Gloria M. Portela*
                                                    Gloria M. Portela
                                                   MEDIATOR
                                                   SEYFARTH SHAW LLP
                                                   700 Louisiana Street, Suite 3700
                                                   Houston, Texas 77002
                                                   Telephone:  (713) 225-2341
                                                   Facsimile: (713) 225-2340

DATED: April 22, 2008

cc:     The Honorable Nancy F. Atlas